

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-21-00268-CR

Sean Michael **EARL,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4829W
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Appellant's motion for pro se access to the appellate record is granted. We order the Clerk of this court to provide appellant access to the appellate record. We further order appellant's deadline to file a pro se brief is extended to **November 8, 2021.**

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court